# IN THE UNITED STATES DISTRICIT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NANCY ZADER                             )
                                        )
      Plaintiff,              )
                                        )
      v.                      )   Civil Action No. 09-1189 GLL
                                        )
                                        )
THE TRAVELERS INSURANCE                 )
COMPANY,                                )
                                        )
      Defendant,              )

## ORDER OF COURT

AND NOW, this __8th__ day of __Jan_____, 2010,

it is Hereby Ordered and Decreed that the Plaintiff is granted 5 days from the date of this Order to personally serve the Complaint and the Writ of Summons on the Defendant.

Failing to do so will result in the dismissal of Plaintiff's Complaint.

J. _____