IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY ZADER,<br>      Plaintiff, | )<br>)<br>) |
| v. | )   Civil Action No. 09-1189<br>) |
| THE TRAVELERS INSURANCE COMPANY,<br>      Defendant. | )<br>) |

ORDER OF COURT

AND NOW this 27th day of January, 2010, before the court is the parties' Stipulation to Stay Action Pending Arbitration [document #9] wherein the parties report that the claims alleged in this action are covered by an Employment Arbitration Policy. Therefore, as no further action can be taken by the court at this time, and in the interest of judicial economy, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record